IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 JUL -8 PM 5:33

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3101 |
| | ) | |
| V. | ) | |
| | ) | |
| CRAIG DORN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that as conditions of release:

1. The defendant shall abide by his conditions of supervised release together with the following additional conditions.

2. The defendant shall not access, view or possess any pornographic or sexually oriented or sexually stimulating materials or sounds no matter how stored or displayed or produced or reproduced.

3. The defendant is prohibited from using or having access to any device that has internet or photographic capability. The defendant will sign any and all releases of information relating to cell phone carriers that may be requested by the supervising probation officer.

DATED this 8th day of July, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge