IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3101 |
| | ) | |
| V. | ) | |
| | ) | |
| CRAIG DORN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned held a conference call with counsel yesterday. On today's oral motion of the defendant, and with the agreement of the government,

IT IS ORDERED that Defendant Dorn's admission hearing concerning the amended petition for offender under supervision (filing 58) is set on Monday, March 8, 2010, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 25th day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge